**Dismissed and Memorandum Opinion filed February 28, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00884-CV

---

## LAURA ANN SIMS, Appellant

## V.

## ERICK CACERES AND VILMA CACERES, INDIVIDUALLY AND AS NEXT FRIENDS OF ERIKA CACERES AND VENESSA CACERES, MINORS, Appellee

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2011-26275**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 23, 2012. The notice of appeal was filed September 21, 2012. To date, our records show that appellant has not paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207.

On January 24, 2013, this court ordered appellant to pay the appellate filing fee on or before February 8, 2013, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.